UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bernarda Rivas, as general conservator,
By and on behalf of her daughter,
Theresa Castilleja,

      Plaintiff,

v.                                           ORDER
                                              Civil No. 05-440

Minneapolis Public Schools and
Special School District No. 1,
municipal subdivisions,
Richard Kantorowicz, Bruce
Gilman and Rasheedah Ali,
individuals,

      Defendants.
_____

      John A. Klassen, John A. Klassen, P.A. for and on behalf of Plaintiff.

      Margaret A. Skelton, Ratwick, Roszak & Maloney, for and on behalf of Defendants.
_____

      This matter is before the Court upon Plaintiff's motion to approve settlement on behalf of an incompetent person pursuant to District of Minnesota Local Rule 17.1, and Minnesota General Practice Rule 145.

      IT IS HEREBY ORDERED that this matter is continued to June 20, 2006 at 2:00 p.m.  Prior to this hearing, counsel shall submit to the Court copies of the investigative report by the Minneapolis police and the report issued by Hennepin County concerning the alleged abuse of Teresa Castilleja,

information as to the cost and duration of therapy for Teresa Castilleja, and

information as to the social services available to Teresa Castilleja.

Date: May 25, 2006

                                                s / Michael J. Davis
                                                Michael J. Davis
                                                United States District Court